## *EBENEZER ADAMS AND OTHERS, *versus* PETER HEM-MENWAY.

*Trespass* will not lie for a consequential jury.

IN this case, " the defendant was attached to answer to the plaintiff in a plea of *trespass,* for the plaintiffs, at *K.,* on the    day of    being owners and proprietors of a certain schooner called the *Charles,* of the burden of ———, then and there, on the said day, despatched the said vessel, duly fitted and equipped, under the command of one *Charles Adams,* master of said vessel, on a voyage for *P.,* in order to bring back a cargo of lumber from said *P.,* and while said vessel was so proceeding on her voyage aforesaid, on the    day of    aforesaid, about three leagues from the land, to wit, at *Plymouth* aforesaid, the defendant being then and there sailing in a certain boat or vessel, the name of which is to the plaintiffs unknown, then and there, with force and arms, made an assault on the aforesaid vessel called the *Charles,* owned by the plaintiffs as aforesaid, and fired and discharged at the said vessel, and master and crew therein, a musket or fire-arm loaded with gunpowder and lead, and with the same grievously and dangerously wounded the said *Charles Adams,* master of the plaintiffs' vessel, so that, for the preservation of the life of said *Charles Adams,* the crew on board the plaintiffs' vessel were compelled to return therein to *K.* aforesaid, and the plaintiffs' intended voyage aforesaid has been broken up and defeated, and the plaintiffs have thereby lost all the freight-money which they might have earned and gained in the intended voyage aforesaid, together with the passage-money for sundry passengers, who had then and there taken and engaged a passage to *P.* in said vessel ; and other outrages the defendant then and *there committed on the plaintiffs' [ * 146 ] vessel, against the peace, &c."

Upon hearing the declaration read, the whole Court (*Strong, Sedgwick, Sewall,* and *Thacher,* justices) said it would be in vain to go on with the action ; that the action should have been *Case,* and not *Trespass ;* and that even if a verdict should be found for the plaintiffs, the Court must arrest the judgment.

The plaintiffs discontinued upon payment of costs.

*Attorney-General (Sullivan)* and *Thomas* for the plaintiffs.

*Parsons* and *B. Whitman* for the defendants. (1)

(1) Vide *Scott* vs. *Shepherd, Black. Rep.* 892.

NOTE.—In an action of assault and battery, brought by the master, *Charles Adams* against the defendant, (for the injury done him by the discharge of the musket,) which was tried at this term, the jury found a verdict for the master—3391 dollars damages.